NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-12-0000807
09-JAN-2017
09:22 AM

NO. CAAP-12-0000807

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

DARNELL GRIFFIN, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 12-1-0035 (CR. NO. 07-1-0647))

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Nakamura, C.J., Fujise and Leonard, JJ.)

Upon consideration of Petitioner-Appellant Darnell Griffin's Motion for Reconsideration filed on January 3, 2017, the papers in support and the record and files herein,

IT IS HEREBY ORDERED that said motion is denied.

DATED: Honolulu, Hawai'i, January 9, 2017.

On the motion:

Lars Robert Isaacson,
for Petitioner-Appellant.

Chief Judge

Associate Judge

Associate Judge